**The People of the State of Illinois, Appellee, v. Ronald L. Tee, Appellant.**

**Gen. No. 66–23.** 

Third District.

January 30, 1967.

Lauder & Murphy, of Monmouth, for appellant; Lamar Evans, State's Attorney, of Oquawka, for appellee. Opinion by JUSTICE CORYN. **Not to be published in full.**